KATHLEEN E. FINNERTY (SBN 157638)
**FINNERTY LAW OFFICES INC.**
1520 Eureka Road, Suite 101
Roseville, California 95661
(916)781-3466
KFinn@KFinnertyLaw.com

Attorneys for Defendant,
DONAHUE SCHRIBER REALTY GROUP, L.P.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL McCUNE,<br><br>    Plaintiff,<br>   v.<br><br>PARTY CITY CORPORATION dba PARTY CITY #563, et al.,<br><br>    Defendants. | CASE NO.: 2:14-CV-00034-KJM-EFB<br><br>**STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND ORDER THEREON** |

Plaintiff, MICHAEL McCUNE ("Plaintiff"), and Defendant, DONAHUE SCHRIBER REALTY GROUP, L.P., ("Defendant") by and through their attorneys of record, agree and stipulate pursuant to Fed. R. Civ. P. 55(c) to set aside the Clerk's Entry of Default of defendant DONAHUE SCHRIBER REALTY GROUP, L.P.  The parties further agree and stipulate that no prejudice will result to the parties as a result of this stipulation.

DATED: June 17, 2014         **FINNERTY LAW OFFICES INC.**


                              _/s/ Kathleen E. Finnerty_
                              KATHLEEN E. FINNERTY
                              Attorneys for Defendant
                              Donahue Schriber Realty Group, L.P.


DATED: June 17, 2014         **DISABLED ADVOCACY GROUP, APLC**


                              _/s/ Lynn Hubbard III_
                              LYNN HUBBARD III
                              Attorneys for Plaintiff Martin Vogel

1
STIPULATION TO SET ASIDE DEFAULT AND PROPOSED ORDER         Case No. 2:14-CV-00034-KJM-EFB

**ORDER**

As the parties have so stipulated, and good cause appearing,

IT IS HEREBY ORDERED that the Clerk's Entry of Default against Defendant, DONAHUE SCHRIBER REALTY GROUP, L.P., is hereby set aside and the Answer filed June 12, 2014 on behalf of Defendant shall be deemed Defendant's responsive pleading.

Dated:  June 23, 2014.

_____
UNITED STATES DISTRICT JUDGE